**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> LULULESTYLES.COM, et al., <br><br> Defendants. | Case No. 21-cv-01284 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Lululemon Athletica Canada Inc. ("Lululemon") hereby dismisses this action with prejudice as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| Dizadec | 45 |

Dated this 11th day of June 2021.   Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Attorneys for Lululemon Athletica Canada Inc.*